**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7748**

_____

WILLIAM HENRY HARRISON,

        Plaintiff - Appellant,

    v.

BRYON HERBEL, Doctor; SALLY JOHNSON, Doctor; JEAN ZULA, Doctor; STEVEN DEWALDT; MOSES, Lieutenant; FEDERAL BUREAU OF PRISONS; UNITED STATES OF AMERICA,

        Defendants - Appellees,

    and

UNKNOWN BLACK LIEUTENANT; 10 UNKNOWN CORRECTIONS OFFICERS; 2 UNKNOWN CORRECTIONS NURSES,

        Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:05-ct-00550-D)

_____

Submitted: May 30, 2008        Decided: June 12, 2008

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William Henry Harrison, Appellant Pro Se.  David T. Huband, BUREAU
OF PRISONS, Butner, North Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Henry Harrison appeals the district court's orders: (1) dismissing this action arising under the Federal Tort Claims Act, the Freedom of Information Act, 42 U.S.C. §§ 1983, 1985, and 1986 (2000), Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1981), and North Carolina state law; and (2) denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrison v. Herbel, No. 5:05-ct-00550-D (E.D.N.C. July 17, 2007; filed Oct. 10, entered Oct. 11, 2007; Nov. 6, 2007; Mar. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED